1  GREGORY P. DRESSER (CA SBN 136532)
   GDresser@mofo.com
2  ANGELA E. KLEINE (CA SBN 255643)
   AKleine@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants JPMORGAN CHASE BANK, N.A.
   and CALIFORNIA RECONVEYANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  URSULA Q. QUINTO, and individual,          Case No. 10-CV-5845-PSG

13                  Plaintiff,

14         v.                                  **REQUEST FOR JUDICIAL
                                               NOTICE OF DEFENDANTS
15  JP MORGAN CHASE BANK, A NATIONAL           JPMORGAN CHASE BANK, N.A.
    ASSOCIATION F/K/A WASHINGTON               AND CALIFORNIA
16  MUTUAL BANK CALIFORNIA                     RECONVEYANCE COMPANY IN
    RECONVEYANCE COMPANY, A                    SUPPORT OF THEIR MOTION
17  CALIFORNIA CORPORATION, DOES 1             TO DISMISS THE COMPLAINT**
    through 50, Inclusive,
18                                             Hearing:    February 1, 2011
                    Defendants.                Time:       10:00 a.m.
19                                             Court:      5
                                               Judge:      Hon. Paul S. Grewal
20

21

22

23

24

25

26

27

28

1    Defendants JPMorgan Chase Bank, N.A. and California Reconveyance Company

2   ("Defendants") have moved to dismiss Plaintiff's Complaint.  In support of their Motion,

3   Defendants request that this Court take judicial notice of the following documents pursuant to

4   Federal Rule of Evidence 201:

5    1.    Deed of Trust dated January 9, 2007 and recorded with the Santa Clara County

6   Recorder's Office on January 18, 2007 as document number 19268173, a true and correct copy of

7   which is attached hereto as Exhibit 1.

8    2.    Notice of Default dated July 18, 2008 and recorded with the Santa Clara County

9   Recorder's Office on July 21, 2008 as document number 19929879, a true and correct copy of

10   which is attached hereto as Exhibit 2.

11    3.    Assignment of Deed of Trust dated July 18, 2008 and recorded with the Santa

12   Clara County Recorder's Office on August 25, 2008 as document number 19964064, a true and

13   correct copy of which is attached hereto as Exhibit 3.

14    4.    Notice of Trustee's Sale dated October 22, 2008 and recorded with the Santa Clara

15   County Recorder's Office on October 23, 2008 as document number 20026948, a true and correct

16   copy of which is attached hereto as Exhibit 4.

17    5.    Rescission of Notice of Default and Election to Sell Under Deed of Trust dated

18   April 6, 2009 and recorded with the Santa Clara County Recorder's Office on April 8, 2009 as

19   document number 20202692, a true and correct copy of which is attached hereto as Exhibit 5.

20    6.    Office of Thrift Supervision Order Number 2008-36 dated September 25, 2008,

21   obtained from the website http://files.ots.treas.gov/680024.pdf on December 28, 2010, a true and

22   correct copy of which is attached hereto as Exhibit 6.

23    7.    Purchase and Assumption Agreement dated September 25, 2008, among the FDIC

24   acting in its corporate capacity, the FDIC acting as Receiver for Washington Mutual Bank, and JP

25   Morgan Chase Bank, N.A., a true and correct copy of which is attached hereto as Exhibit 7.

26    8.    Loan Modification Agreement dated March 19, 2009 and recorded with the Santa

27   Clara County Recorder's Office on May 18, 2009 as document number 20257017, a true and

28   correct copy of which is attached hereto as Exhibit 8.

1    9.    Notice of Default and Election To Sell Under Deed of Trust dated June 17, 2009

2  and recorded with the Santa Clara County Recorder's Office on June 18, 2009 as document

3  number 20299439, a true and correct copy of which is attached hereto as Exhibit 9.

4    10.    Notice of Trustee's Sale dated September 21, 2009 and recorded with the Santa

5  Clara County Recorder's Office on September 23, 2009 as document number 20441402, a true

6  and correct copy of which is attached hereto as Exhibit 10.

7    Federal Rule of Evidence 201 authorizes a court to take judicial notice of facts that are

8  "not subject to reasonable dispute" and "either (1) generally known within the territorial

9  jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to

10  sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2).  Judicial

11  notice is "mandatory" if it is "requested by a party and [the Court is] supplied with the necessary

12  information."  Fed. R. Evid. 201(d).

13    Courts routinely take judicial notice of official records filed with the county recorder,

14  including notices of deeds of trust, trustee's deeds upon sale, ands notices of default.[1]  *See, e.g.,*

15  *Rosal v. First Fed. Bank of Cal.*, 671 F. Supp. 2d 1111, 1120 (N.D. Cal. 2009); *Hotel Emps. &*

16  *Rest. Emps. Local 2 v. Vista Inn Mgmt. Co.*, 393 F. Supp. 2d 972, 977-78 (N.D. Cal. 2005); *W.*

17  *Fed. Sav. & Loan Ass'n v. Heflin Corp.*, 797 F. Supp. 790, 792 (N.D. Cal. 1992).

18    In addition, courts take judicial notice of documents regarding the FDIC's status as

19  Receiver for Washington Mutual Bank, which are not subject to reasonable dispute and are

20  publicly available on the government's website.  *See, e.g., Allen v. U. Fin. Mortg. Corp.*, 660 F.

21  Supp. 2d 1089, 1093-94 (N.D. Cal. 2009).

22  ///

23  ///

24  ///

25

26  ———————
[1] The Court may also consider these documents, regardless of whether it takes judicial notice of their contents, where they are incorporated by reference into the Complaint or if the Complaint necessarily relies upon them.  *See Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *Parrino v. FHP, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998); *In re Versant Object Tech. Corp. Sec. Litig.*, No. C-98-00299, 2000 U.S. Dist. LEXIS 22333, at *8-9 (N.D. Cal. May 18, 2000).

1     For the foregoing reasons, Defendants respectfully request that the Court take judicial

2  notice of the contents of the documents attached as Exhibits 1 through 10.

3  Dated: December 29, 2010                    GREGORY P. DRESSER
                                               ANGELA E. KLEINE
4                                              MORRISON & FOERSTER LLP

5

6                                              By:    /s/ Angela E. Kleine
                                                    Angela E. Kleine
7
                                               Attorneys for Defendant
8                                              JPMORGAN CHASE BANK, N.A.
                                               and CALIFORNIA
9                                              RECONVEYANCE COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28