\*\*E-filed 4/27/2011\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| URSULA Q. QUINTO, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>　　　　　Defendants. | Case Number 5:10-cv-05845-JF<br><br>ORDER[1] RE PURPORTED "FIRST AMENDED COMPLAINT" FILED BY PLAINTIFF ON APRIL 8, 2011<br><br>[re: document no. 27] |

　　　　On March 25, 2011, the Court dismissed the instant action for failure to prosecute. *See* Dkt. Entry 26.  The case was closed on March 31, 2011.  On April 8, 2011, Plaintiff filed a document entitled "First Amended Complaint."  Because the case is closed, the purported amended complaint has no legal effect.  If Plaintiff wishes to seek relief from the dismissal of her action, she may file a motion under Federal Rule of Civil Procedure 60(b).

　　　　IT IS SO ORDERED.


DATED:   April 27, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

　　[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-05845-JF
ORDER RE PURPORTED "FIRST AMENDED COMPLAINT" FILED BY PLAINTIFF ON APRIL 8, 2011
(JFEX2)

1
2
3
4
5
6
7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN JOSE DIVISION**

11

| | |
|---|---|
| 12   URSULA Q. QUINTO, an individual | Case Number [Case Number] |
| 13                Plaintiff, | |
| 14         v. | CERTIFICATE OF SERVICE |
| 15   JP MORGAN CHASE BANK, et al., | |
| 16               Defendants. | |

17

18   I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

19

20   On Wednesday, April 27, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing

21   mail delivery receptacle located in the Clerk's Office:

22
  Ursula Q Quinto
23   1367 S. King Road
  San Jose, CA 95122-2150
24

25   DATED:   4/27/2011                            For the Court
                                                   Richard W.  Weiking, Clerk
26
                                                   By: _____/s/_____
27                                                 Diana Munz
                                                   Courtroom Deputy Clerk
28

                                 2